USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Odgers Berndston, LLC,

           Plaintiff,

–v–

Javier O'Neil, *et al.*,

           Defendants.

21-CV-5652 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    By July 2, 2021 at 12 p.m., the parties are ORDERED to confer and submit a joint letter to the Court proposing a briefing schedule and a hearing date for Plaintiff's motion for a temporary restraining order and a preliminary injunction. If the parties cannot agree on a schedule, they shall submit their respective proposals to the Court.

    Plaintiff is ORDERED to serve a copy of this order on counsel for the Defendants and to file proof of service on the public docket.

    SO ORDERED.

Dated: June 30, 2021
      New York, New York

                                        ALISON J. NATHAN
                                      United States District Judge