UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODGERS BERNDTSON, LLC,<br><br>      Plaintiff,<br><br>   -against-<br><br>JAVIER O'NEIL and VALERIA ESCAMILLA,<br><br>      Defendants. | Case No.  1:21-cv-05652<br><br>**AFFIRMATION OF SERVICE** |

  I, William F. Schmedlin, declare under penalty of perjury that, on June 30, 2021, I served a copy of the attached Order (Dkt. No. 4) upon all defendants in the above-captioned action by electronic mail, with an additional copy to be sent via overnight mail on July 1, 2021, to the following persons:

| | |
|---|---|
| Susan Huhta<br>Outten & Golden LLP<br>685 Third Avenue<br>New York, New York 10017<br>shuhta@outtengolden.com<br>*Counsel for Javier O'Neil* | Marcos D. De Hoyos<br>Wiley Wheeler P.C.<br>1651 Richmond Avenue<br>Houston, Texas 77006<br>mdehoyos@robwiley.com<br>*Counsel for Valeria Escamilla* |

Dated: New York, New York
    June 30, 2021

               /s/ William F. Schmedlin
               William F. Schmedlin
               1350 Broadway – 11th Floor
               New York, New York 10018
               (212) 216-8000
               wschmedlin@tarterkrinsky.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/21
```

Odgers Berndston, LLC,

            Plaintiff,

            –v–

Javier O'Neil, *et al.*,

            Defendants.

21-CV-5652 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    By July 2, 2021 at 12 p.m., the parties are ORDERED to confer and submit a joint letter to the Court proposing a briefing schedule and a hearing date for Plaintiff's motion for a temporary restraining order and a preliminary injunction. If the parties cannot agree on a schedule, they shall submit their respective proposals to the Court.

    Plaintiff is ORDERED to serve a copy of this order on counsel for the Defendants and to file proof of service on the public docket.

    SO ORDERED.

Dated: June 30, 2021
       New York, New York

                                                    ALISON J. NATHAN
                                                    United States District Judge