



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/20/2021_

**David N. Kleinmann**
**Partner**
**212-216-1115**
**dkleinmann@tarterkrinsky.com**

August 19, 2021

**Via ECF**
The Honorable Alison J. Nathan, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> The Court hereby ADJOURNS the initial pretrial conference to September 24, 2021 at 3:00 P.M.

**SO ORDERED.**

*[signature]*

8/19/2021

        **Re:**   ***Odgers Berndtson, LLC v. O'Neil and Escamilla,***
                **Case No. 1:21-cv-05652**

Dear Judge Nathan:

      We represent plaintiff Odgers Berndtson, LLC ("Odgers") in the above-referenced action. Pursuant to the Court's Notice of Initial Pretrial Conference (the "Notice", Dkt. 27) and the Court's Individual Practices, Rules 1.C and 1.D, we submit this letter-motion on behalf of and with the consent of all Parties to request the adjournment of the scheduled initial pretrial conference.

      The Notice set an initial pretrial conference for 3:00 pm on Friday, September 3, 2021. The Notice further requires that any attorney who will serve as principal trial counsel be in attendance.  Due to pre-existing scheduling conflicts, however, the principal trial counsel for Odgers will be out of the state and unable to attend on September 3.  The Parties have conferred and are all available in the afternoons of September 17, September 24, and October 1.

      Accordingly, Odgers requests that the initial pretrial conference be adjourned.  This request is made with the consent of all Parties.  No previous requests for the adjournment of the initial pretrial conference have been made.

                Respectfully submitted,

*[signature]*

                David N. Kleinmann

cc:    Jonathan Bernstein, Esq. (by ECF)
       Cassandra Porsch, Esq. (by ECF)