**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/21
```

ODGERS BERNDTSON, LLC,

Plaintiff,

-against-

JAVIER O'NEIL and VALERIA ESCAMILLA,

Defendants.

Civil Action No. 1:21-cv-05652

[PROPOSED] STIPULATED
ORDER FOR A PERMANENT
INJUNCTION

Pursuant to the terms of the Confidential Settlement Agreement dated October 11, 2021, plaintiff Odgers Berndtson, LLC ("Odgers") and defendant Javier O'Neil ("O'Neil") hereby stipulate and agree, subject to the Court's approval, to the following permanent injunction (the "Permanent Injunction").

**IT IS HEREBY ORDERED THAT:**

1.  O'Neil is enjoined from, directly or indirectly, alone or in concert with others:

    i.  Possessing, disclosing, or using any information taken from and/or not returned to Odgers by Defendants or those at their request, at the time of O'Neil's departure, including but not limited to:

        1.  All information Odgers licensed from third parties;

        2.  All information comprising the OBDynamics™ Application; and

        3.  All information containing Odgers' search and/or project information.

    ii. Disclosing or using any information involving Odgers' business, personnel or the conducting of that business, including but not limited to Idenx and/or OBDynamics™ and the OBDynamics™ application. Nevertheless, no provision hereof shall impair or limit O'Neil's ability to describe in general his

experience without reference to Odgers, to use his know-how, or discuss publicly known information without reference to Odgers.  O'Neil's resume may list his role at Odgers, and, in general terms, work he performed at Odgers unless it is forbidden by a separate agreement.

2.  If O'Neil discovers or comes to learn that he has any information within the scope of Paragraph 1 in his possession, custody, or control, O'Neil shall have two (2) calendar days to notify Odgers of the inadvertent possession of the information and to provide copies of any such information to Odgers and to delete it under Odgers' supervision, without violating the terms of this order.

3.  As to Odgers and O'Neil, the relief granted by the Consent Order Granting a Preliminary Injunction and Setting a Discovery Schedule issued by this Court on July 2, 2021 shall be dissolved and expire and be of no further effect upon the so-ordering and entry of this Permanent Injunction by the Clerk of the Court.

4.  No bond or undertaking is required in connection with this Permanent Injunction.

**(REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK)**

5.   The Court shall retain jurisdiction over this Permanent Injunction.

Dated:  October 18, 2021
    New York, New York

Dated:  October __, 2021
New York, New York

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Plaintiff*

By: _____

    David N. Kleinmann, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
Tel.: (212) 216-8000
Email: dkleinmann@tarterkrinsky.com

**ISAACS BERNSTEIN, P.C.**
*Attorneys for Defendant O'Neil*

By:_____

    Jonathan Bernstein, Esq.
2108 Yardley Road
Yardley, Pennsylvania 19067
Tel.:  (917) 693-7245
Email:  jb@lijblaw.com

Dated:  New York, New York
        October _____, 2021

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

5.  The Court shall retain jurisdiction over this Permanent Injunction.

Dated: October __, 2021  
     New York, New York

Dated: October *18*, 2021  
     New York, New York

**TARTER KRINSKY & DROGIN LLP**  
*Attorneys for Plaintiff*

**ISAACS BERNSTEIN, P.C.**  
*Attorneys for Defendant O'Neil*

By:_____  
     David N. Kleinmann, Esq.  
1350 Broadway, 11th Floor  
New York, New York 10018  
Tel.: (212) 216-8000  
Email: dkleinmann@tarterkrinsky.com

By:_____  
     Jonathan Bernstein, Esq.  
2108 Yardley Road  
Yardley, Pennsylvania 19067  
Tel.: (917) 693-7245  
Email: jb@lijblaw.com

Dated: New York, New York  
     October **25**, 2021

SO ORDERED

_____  
UNITED STATES DISTRICT JUDGE